IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

IN RE:

| | |
|---|---|
| GEORGIA A.T.M., INC., FRED W. GILDER, VICKI H. GILDER, GILDER TIMBER, INC., R. T. GILDER, III, a/k/a R. THOMAS GILDER, III, a/k/a ROBERT THOMAS GILDER, III, | CHAPTER 11 |
| Appellants, | |
| v. | CIVIL ACTION NO. 3:09-cv-00105-DHB |
| MONTGOMERY BANK & TRUST, | |
| Appellee. | |

## AGREEMENT AMONG APPELLANTS AND APPELLEE THAT THE ABOVE-CAPTIONED APPEAL BE DISMISSED PURSUANT TO F.R.B.P. 8001(c)(2)

COME NOW, Georgia A.T.M., Inc., Fred W. Gilder, Vicki H. Gilder, Gilder Timber, Inc., R. T. Gilder, III, a/k/a R. Thomas Gilder, III, a/k/a Robert Thomas Gilder, III, collectively, the "Appellants" and Montgomery Bank & Trust, the "Appellee", and pursuant to Federal Rule of Bankruptcy Procedure 8001(c)(2) and hereby stipulate and agree that the above-captioned Appeal be dismissed, with all costs to be paid by Appellants upon presentation with a Bill of Costs by the Clerk of this Court.

This 30th day of March, 2010.

STONE & BAXTER, LLP
BY:
/s/ Ward Stone, Jr.
Ward Stone, Jr.
Ga. Bar No. 684630
577 Mulberry Street, Suite 800
Macon, Georgia 31201
(478) 750-9898; (478) 750-9899 (fax)

HALL, BLOCH, GARLAND & MEYER, LLP
BY:
/s/ J. Ellsworth Hall, IV
J. Ellsworth Hall, IV
Georgia Bar No.
577 Mulberry Street, Suite 1500
P. O. Box 5088
Macon, GA 31202-5088
(478) 745-1625

Counsel for Appellants


BROWN ROUNTREE P.C.
BY:

/s/ Charles H. Brown
Charles H. Brown
Georgia Bar No.

/s/ Laura H. Wheaton
Laura H. Wheaton
Georgia Bar No. 751221
26 North Main Street
Statesboro, GA 30459
(912) 489-6900
(912) 746-2251 (fax)

Counsel for Appellee

G:\CLIENTS\GA A.T.M\APPEAL\Agreement to Dismiss.doc