ORIGINAL

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2010 MAR 31 PM 5:25

CLERK _____
SO. DIST. OF GA.

GEORGIA A.T.M., INC., FRED W.      *
GILDER, VICKI H. GILDER, GILDER*
TIMBER, INC., R.T. GILDER, III,*
a/k/a R. THOMAS GILDER, III,       *
a/k/a ROBERT THOMAS GILDER,        *
III,                               *
                                   *
    Appellants,                    *
                                   *
v.                                 *     CIVIL ACTION NO.
                                   *     CV 309-105
MONTGOMERY BANK & TRUST,           *
                                   *
    Appellee.                      *

O R D E R

The captioned matter is before the Court on the parties' stipulation of dismissal of Appellants' appeal from an Order of the United States Bankruptcy Judge dated October 13, 2009. In accordance with Federal Rule of Bankruptcy Procedure 8001(c)(2), **IT IS ORDERED** that this appeal is **DISMISSED**. The Clerk is directed to **CLOSE** this case. Pursuant to the terms of the parties' stipulation of dismissal, all costs shall be paid by Appellants upon presentation of a bill of costs to the Clerk of Court.

**ORDER ENTERED** at Augusta, Georgia, this _____ day of MARCH, 2010.

_____
UNITED STATES DISTRICT JUDGE

DHB (43)                                                  CCC: